## DELANEY v. STATE.
### No. 16256.

Court of Criminal Appeals of Texas.

Nov. 15, 1933.

Sam T. Holt, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Court of Criminal Appeals of Texas.

Nov. 15, 1933.

Sam T. Holt, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

Upon his plea of guilty, appellant was adjudged guilty. The judgment, sentence, and other matters of procedure appear regular. There is no statement of facts or bills of exception in the record.

The judgment will be affirmed.